IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 14-22700 CMB |
| Anthony Veltri, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Anthony Veltri, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 18, 2014 at docket number 8, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


October 7, 2019                                           /s/ Anthony Veltri
Date                                                              Debtor



_____                        _____
Date                                                              Debtor

                                                    Respectfully submitted,

October 10, 2019                           /s/ Kenneth Steidl
DATE                                           Kenneth Steidl, Esquire
                                                   Attorney for the Debtor

                                                   STEIDL & STEINBERG
                                                   707 Grant Street
                                                   Suite 2830, Gulf Tower
                                                   Pittsburgh, PA 15219
                                                   (412) 391-8000
                                                   Ken.steidl@steidl-steinberg.com
                                                   PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**