# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   ANTHONY VELTRI<br><br>             Debtor(s)<br><br>   Ronda J. Winnecour<br>             Movant<br>             vs.<br>   No Repondents. | Case No.:14-22700<br><br>Chapter 13<br><br>Document No.: 40<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this \_\_\_\_12th\_\_\_\_ day of \_\_\_\_November\_\_\_\_, 20 19 , upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*/s/ Carlota M. Böhm*
dmk
U.S. BANKRUPTCY JUDGE

FILED
11/12/19 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22700-CMB
Anthony Veltri                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900         Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             Anthony Veltri,    108 Highland Avenue,    New Kensington, PA 15068-5340
cr            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13892077      +New Kensington Arnold School District,    c/o City of New Kensington Tax Office,
               301 Eleventh Street,    New Kensington, PA 15068-6179
13882763      +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13960877      +Peoples TWP, LLC,    375 N. Shore Drive, Suite 600,    Pittsburgh, PA 15212-5866,
               Attn: Dawn Lindner
14110962      +Westmoreland County Tax Claim Bureau,    40 North Pennsylvania Ave., Suite 109,
               Greensburg, PA 15601-2341
13882764      +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,   Greensburg, PA 15601-2417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13892076      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:38:05     Capital One Bank,
               P.O. Box 30281,   Salt Lake City, UT 84130-0281
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
13892078*     +New Kensington Arnold School District,    c/o City of New Kensington Tax Office,
               301 Eleventh Street,    New Kensington, PA 15068-6179
13892079*     +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13882765*     +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,   Greensburg, PA 15601-2417
13892080*     +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,   Greensburg, PA 15601-2417
13892081*     +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,   Greensburg, PA 15601-2417
                                                                                        TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Anthony    Veltri julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```